SETH MITCHELL, Appellant, v CANTOR FITZGERALD, L.P., et al., Respondents.

Submitted July 14, 2014; decided September 4, 2014

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for ancillary relief denied.

SETH MITCHELL, CFA, Appellant, v NEW YORK UNIVERSITY et al., Respondents.

Submitted July 14, 2014; decided September 4, 2014

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for ancillary relief denied.

167 LLC, Respondent, v NICHOLAE CALINESCU, Appellant.

Submitted June 16, 2014; decided September 4, 2014

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion for leave to appeal from the order of the Appellate Division entered in this proceeding commenced in Civil Court (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).